**Jose Ernesto GARCIA, Petitioner–Appellant,**

v.

**Linda SANDERS, Warden, Respondent–Appellee.**

No. 09–56682.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 6, 2011.

Jose Ernesto Garcia, Lompoc, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Assistant U.S. Attorney, Esquire, Donna Ford, AUSA–Office of U.S. Attorney, Los Angeles, CA, for Respondent–Appellee.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM **

Federal prisoner Jose Ernesto Garcia appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 habeas petition without prejudice. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia contends that the Federal Bureau of Prisons unlawfully refused his request for a transfer to a Residential Reentry Center in contravention of 18 U.S.C. § 3621(b).

A federal prisoner is required to exhaust his administrative remedies before filing a habeas petition. *See Martinez v. Roberts,* 804 F.2d 570, 571 (9th Cir.1986) (per curiam). Garcia has not exhausted his administrative remedies, nor has he shown that exhaustion of his administrative remedies would be futile. *See Terrell v. Brewer,* 935 F.2d 1015, 1019 (9th Cir.1991). Thus, the district court properly dismissed his petition without prejudice. *See id.*

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.